**FILED**
**SCRANTON**

AUG 0 5 2016

Per_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIDELITY DEPOSIT & DISCOUNT BANK:<br>101 North Blakely Street<br>Dunmore, PA 18512<br>           Plaintiff<br><br>v.<br><br>LEENA SHAH<br>  20 Tower Road<br>  Edison, NJ 08820<br>ANKIM M. SHAH<br>  64 Chatsworth Court<br>  Edison, NJ 08820<br>BHARAT PARIKH<br>  125 Eileen Drive<br>  Cedar Grove, NJ 07009<br>RITA SHAH<br>  24 Urma Place<br>  Bloomfield, NJ 07003<br>DIVYAKANT PATEL<br>  936 Beatrice Parkway<br>  Edison, NJ 08820 | 3:16-cv-1616<br><br>JUDGE _Conaboy_<br><br>JUDGMENT BY CONFESSION<br><br>CIVIL ACTION AT LAW<br><br>AND EQUITY<br><br>Certified from the record<br>Date _9-1-2016_<br>Peter J. W........ Acting Clerk<br>Per _____<br>        Deputy Clerk |

KETUL DESAI
  8 Dryer Court
  Plainsboro, NJ 08536
BHARAT SHAH
  51 Grissing Court
  Cedar Grove, NJ 07009

RIKESH DESAI
  23 Southall Court
  Wayne, NJ 07670

          Defendants   :  DOCKET NO.: CV16 1616

## JUDGMENT

NOW, this 5th day of August, 2016, judgment is hereby entered in favor of the Plaintiff, Fidelity Deposit & Discount Bank, and against the Defendants, Leena Shah, Ankim M. Shah, Bharat Parikh, Rita Shah, Divyakant Patel, Ketul Desai, Bharat Shah, and Rikesh Desai in the sum of Nine Hundred Thirteen Thousand One Hundred Sixteen Dollars and 87/100 ($913,116.87), plus continuing attorney's fees, costs and accruing interest, jointly and severally against the Defendants and in favor of Plaintiff Fidelity Deposit & Discount Bank, together with costs and accruing interest at a per diem rate of $113.22 until the date that the obligations set forth herein are satisfied in full.

                                UNITED STATES DISTRICT COURT FOR THE
                                MIDDLE DISTRICT OF PENNSYLVANIA
                                CLERK OF COURT
                                Peter J. Welsh, Acting

BY: _____